192 So. 925

### Rick TURNER v. CITY OF TUSCALOOSA.

6 Div. 591.

Court of Appeals of Alabama.

Dec. 1, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

199 So. 917

### Floyd Lee TURNER v. STATE.

6 Div. 555.

Court of Appeals of Alabama.

Nov. 12, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

192 So. 925

### Charlie UNDERWOOD v. STATE.

6 Div. 407.

Court of Appeals of Alabama.

Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

196 So. 907

### Willie VAIRS, alias Viars, v. STATE.

7 Div. 512.

Court of Appeals of Alabama.

June 4, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

196 So. 907

### J. C. VICTORY v. STATE.

8 Div. 941.

Court of Appeals of Alabama.

May 21, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

192 So. 925

### Clyde VINSON v. STATE.

8 Div. 916.

Court of Appeals of Alabama.

Nov. 14, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.